1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TU LE, an individual; MAI T. LY, an individual and GENEVA NGUYEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE COMMUNITY CREDIT UNION, a national credit union and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.:   8:22-cv-00259-JVS-KES<br>Related Case No.: 8:19-cv-00499-JVS-KES<br><br>Assigned to:  Hon. James V. Selna<br>Referred to: Magistrate Judge Karen E. Scott<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PRESTIGE COMMUNITY CREDIT UNION**<br><br>Date:     Case Terminated<br>Time:     N/A<br>Dept:     Courtroom 10C<br><br>Complaint Filed: February 18, 2022<br>Pre-Trial Conference: February 23, 2024<br>Trial Date: March 22, 2024 |

|   |   |
|---|---|
| 1 | For the reasons set forth in the Court's Order Granting Defendant Prestige |
| 2 | Community Credit Union's Motion for Summary Judgment (Doc. No. 90), the |
| 3 | court hereby enters judgment in favor of Defendant Prestige Community Credit |
| 4 | Union ("Prestige") and against Plaintiffs Tu Le, an individual; Mai T. Ly, an |
| 5 | individual and Geneva Nguyen, an individual ("Plaintiffs"). |

It is HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs take nothing from their claims against Prestige, that the action be dismissed with prejudice as to Prestige and that Prestige recovers its costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: January 11, 2024        By: _____
                                Hon. James V. Selna
                                United States District Judge

1

# PROOF OF SERVICE

I hereby declare under penalty of perjury pursuant to the laws of the state of California that I am a citizen of the United States, over the age of eighteen years and not a party to the within-entitled action. My business address is 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067. On **January 11, 2024**, I served a copy of the following document(s):

- **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT PRESTIGE COMMUNITY CREDIT UNION**

☒ **SERVED VIA ELECTRONIC TRANSMISSION/EMAIL:** On **January 11, 2024**, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth below:

steve@smnlaw.com

keven@kevensteinberglaw.com

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** On **January 11, 2024**, Pursuant to L.R. 5-3.2.1, the document listed above will be served by the court via NEF and hyperlink to the document which effects electronic service on counsel who are registered with the CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declare under penalty of perjury under the laws of the state of California that the above is true and correct. Executed on **January 11, 2024**, at Los Angeles, California.

/s/ *Jonathan Lopez*
Jonathan Lopez