Name: Steven M. Nuñez, SMN Law Group APC (SBN 185421)
Address: 591 Camino De La Reina, Suite 1020
City, State, Zip: San Diego, CA 92108
Phone: (619) 296-9400
Fax:
E-Mail: steve@smnlaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tu Le, et al

**PLAINTIFF(S),**

v.

Prestige Community Credit Union

**DEFENDANT(S).**

CASE NUMBER:

8:22-cv-00259-JVS-KES

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Tu Le, Mai T. Ly, and Geneva Nguyen_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Judgment in Favor of Defendant Prestige Community Credit Union

☐ Other (specify):

Imposed or Filed on _January 11, 2024_. Entered on the docket in this action on _January 11, 2024_.

A copy of said judgment or order is attached hereto.

February 6, 2024
Date

*(signature)*
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TU LE, an individual; MAI T. LY, an individual and GENEVA NGUYEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE COMMUNITY CREDIT UNION, a national credit union and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 8:22-cv-00259-JVS-KES<br>Related Case No.: 8:19-cv-00499-JVS-KES<br><br>Assigned to: Hon. James V. Selna<br>Referred to: Magistrate Judge Karen E. Scott<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PRESTIGE COMMUNITY CREDIT UNION**<br><br>Date: Case Terminated<br>Time: N/A<br>Dept: Courtroom 10C<br><br>Complaint Filed: February 18, 2022<br>Pre-Trial Conference: February 23, 2024<br>Trial Date: March 22, 2024 |

For the reasons set forth in the Court's Order Granting Defendant Prestige Community Credit Union's Motion for Summary Judgment (Doc. No. 90), the court hereby enters judgment in favor of Defendant Prestige Community Credit Union ("Prestige") and against Plaintiffs Tu Le, an individual; Mai T. Ly, an individual and Geneva Nguyen, an individual ("Plaintiffs").

It is HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs take nothing from their claims against Prestige, that the action be dismissed with prejudice as to Prestige and that Prestige recovers its costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: January 11, 2024      By: _____
                                  Hon. James V. Selna
                                  United States District Judge

1

**PROOF OF SERVICE**

I hereby declare under penalty of perjury pursuant to the laws of the state of California that I am a citizen of the United States, over the age of eighteen years and not a party to the within-entitled action. My business address is 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067. On **January 11, 2024**, I served a copy of the following document(s):

- **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT PRESTIGE COMMUNITY CREDIT UNION**

☒ **SERVED VIA ELECTRONIC TRANSMISSION/EMAIL:** On **January 11, 2024**, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth below:

steve@smnlaw.com

keven@kevensteinberglaw.com

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** On **January 11, 2024**, Pursuant to L.R. 5-3.2.1, the document listed above will be served by the court via NEF and hyperlink to the document which effects electronic service on counsel who are registered with the CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I declare under penalty of perjury under the laws of the state of California that the above is true and correct. Executed on **January 11, 2024**, at Los Angeles, California.

/s/ *Jonathan Lopez*
Jonathan Lopez

CERTIFICATE OF SERVICE
Le, et al v. Prestige Community Credit Union
USDC Central District Case No. 8:22-CV-00259-JVS (KESx)

 I am a citizen of the United States of America and am employed in San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 591 Camino De La Reina, Suite 1020, San Diego, California.

 On February 6, 2024, I caused the following document(s) described as: NOTICE OF APPEAL to be served on the interested parties or their counsel of record in this action as by electronic mail follows:

STEINBERG LAW
Keven Steinberg
keven@kevensteinberglaw.com
16133 Ventura Blvd., 7th Floor
Encino, California 91436

RAINES FELDMAN
Howard K. Alperin
halperin@raineslaw.com

 There was no bounce back or other indication that the electronic mail did not go through or it was sent by the Court pursuant to L.R. 5-3.2.1 via NEF and hyperlink to the document, which effects electronic service on counsel who are registered with the CM/ECF system.

 I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2024, at San Diego, California.

_____
Steven M. Nuñez